■ DANIEL J. MURPHY, Petitioner, v GEORGE A. REED, as

Ontario County Court Judge, Respondent.—Application unanimously denied and petition dismissed, without costs *(see, Matter of Marlow v Buckley,* 105 AD2d 1160.) (Article 78.) Present —Dillon, P. J., Callahan, Doerr, Boomer and Pine, JJ.